UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARVELL J. FIELDS,<br><br>       Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>       Defendants. | Case No. EDCV 10-00009 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Ocwen Loan Servicing. LLC and U.S. National Bank Association is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 24, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge